IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONALD THOMAS SHARP,

    Plaintiff,

v.                                                                           No. 22-cv-0648 DHU-JHR

S. HAMPTON, *et al*,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* in connection with Donald Thomas Sharp's Prisoner Complaint (Doc. 1). Sharp filed the Complaint while incarcerated at the Springfield Center for Federal Prisoners. The Bureau of Prisons inmate locator website reflects Sharp was released from custody on January 19, 2023, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://www.bop.gov/inmateloc/.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Sharp shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal without further notice.

_____
UNITED STATES MAGISTRATE JUDGE